MICHELE BECKWITH
Acting United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:25-po-00065-CDB |
| Plaintiff, | [Citation #09888019, CA/14] |
| v. | |
| JOSHUA F. ANDERSON, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Michele Beckwith, Acting United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00065-CDB [Citation #09888019, CA/14] against JOSHUA F. ANDERSON, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: March 25, 2025                    Respectfully submitted,

                                          MICHELE BECKWITH
                                          Acting United States Attorney

                                    By:   /s/ *Chan Hee Chu*
                                          CHAN HEE CHU
                                          Assistant United States Attorney

**O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00065-CDB [Citation #09888019, CA/14] against JOSHUA F. ANDERSON be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: __March 25, 2025__

_____
UNITED STATES MAGISTRATE JUDGE